**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6305**

(CHIEF) COL. MICHAEL S. OWLFEATHER-GORBEY,

Petitioner – Appellant,

v.

WARDEN, FCI Beckley,

Respondent – Appellee.

**No. 22-6390**

(CHIEF) COL. MICHAEL S. OWLFEATHER-GORBEY,

Petitioner – Appellant,

v.

WARDEN, FCI Beckley,

Respondent – Appellee.

Appeals from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:21-cv-00583)

Submitted:  June 27, 2023                                    Decided:  July 10, 2023

Before KING, AGEE, and RICHARDSON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael S. Owlfeather-Gorbey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

(Chief) Col. Michael S. Owlfeather-Gorbey, a District of Columbia offender, seeks to appeal the district court's orders accepting the recommendation of the magistrate judge, denying relief on his 28 U.S.C. § 2241 petition, and denying reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A); *Madley v. U.S. Parole Comm'n*, 278 F.3d 1306, 1310 (D.C. Cir. 2002) (D.C. courts are "state courts for purposes of this statute"); *cf. In re Wright*, 826 F.3d 774, 783 (4th Cir. 2016) ("when a prisoner being held 'pursuant to the judgment of a State court' files a habeas petition claiming the execution of his sentence is in violation of the Constitution, laws, or treaties of the United States, the more specific § 2254 'and all associated statutory requirements' shall apply, regardless of the statutory label the prisoner chooses to give his petition"). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Owlfeather-Gorbey has not made the requisite showing. Accordingly, we deny a certificate of appealability

3

and dismiss the appeals.   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

4